**Order entered January 23, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01107-CR
### No. 05-16-01108-CR

**CIONE DEFELIOUS JONES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause Nos. F-1424469-K, F-1600384-K**

## ORDER

Before the Court is appellant's January 18, 2017 motion to extend time to file appellant's brief. We **GRANT** appellant's motion and **ORDER** appellant's brief filed thirty days from the date of this order.

/s/  ADA BROWN
    JUSTICE